# Exhibit A



# Exhibit A
Page 1 of 5

**THIRD-PARTY COMPLAINT**
**Case No.11CV1329 BTM POR**



# Exhibit A
Page 2 of 5

**THIRD-PARTY COMPLAINT**
**Case No.11CV1329 BTM POR**



**Exhibit A**
Page 3 of 5

**THIRD-PARTY COMPLAINT**
**Case No.11CV1329 BTM POR**



# Exhibit A
Page 4 of 5

**THIRD-PARTY COMPLAINT**
**Case No.11CV1329 BTM POR**





# Exhibit A
Page 5 of 5

**THIRD-PARTY COMPLAINT**
**Case No.11CV1329 BTM POR**