1  James A. Fry
4046 Caminito Terviso
2  San Diego, CA 92122
Tel: 858.692.4097

3

4  In Pro Per

5

6

7               UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9

10  JAMES A. FRY DBA FOX NETWORK          CASE NO. 11-CV-1329 BTM POR
SYSTEMS,
11                                        ANSWER TO THIRD-PARTY
            Plaintiff,                    COMPLAINT BY THIRD PARTY
12                                        DEFENDANTS JAMES A. FRY dba
vs.                                       DOBERMANRESQ.COM;
13                                        DOBERMANRESQ INC.
AZTEC DOBERMAN PINSCHER CLUB
14  OF SAN DIEGO,

15          Defendants, Third-Party Plaintiff,

16  vs.

17  JAMES A. FRY, dba
DOBERMANRESQ.COM; and
18  DOBERMANRESQ INC., a California
corporation,
19
            Third-Party Defendants
20

21          Third-Party Defendants James A. Fry dba Dobermanresq.com and Dobermansresq Inc.

22  answer the Third-Party Complaint by Defendants and Third-Party Plaintiff Aztec Doberman Pinscher

23  Club of San Diego as follows:

24                                 **Answer**

25          1.      Defendants deny every implied and express allegations in paragraphs 6, 7, 8, 9, 10,

26  11, 12, 13, 14, 15, 18, 20, 21, 22, 24, 25, 27, 28, 29, 30, 31.

27          2.      Defendants do not have sufficient information or belief to answer paragraphs 1, 2, 3,

28  4, 5, 19, 26 and on that basis deny every implied and express allegation in such paragraphs.

**Affirmative Defenses**

3.    The complaint fails to state valid claims upon which relief can be granted.

4.    The claims are barred by the doctrines of waiver, estoppel, unclean hands, failure of consideration or failure to mitigate damages.

Dated:                                                    _____
                                                          James A. Fry, In Pro Per

1  *Aztec Doberman Pinscher Club of San Diego v. Fry*
   United States District Court Case No.: 11-CV-1329 BTM POR

2

3                            **PROOF OF SERVICE**

4  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5          I, the undersigned, whose address is 1320 Columbia Street, Suite 200, San Diego, California
   92101, certify:

6          That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a
   party to this action;

7

8          That on August 12, 2011, I served the within: **ANSWER TO THIRD-PARTY
   COMPLAINT BY THIRD PARTY DEFENDANTS JAMES A. FRY dba
   DOBERMANREQ.COM; DOBERMANRESQ INC.** on all interested parties in said action: **SEE
   ATTACHED SERVICE LIST**

9

10  [ ]    (VIA U.S. MAIL)  I placed [ ] the original [xx] a true copy thereof enclosed in a sealed
              envelope(s) addressed as stated on the attached mailing list and placing such envelope(s)

11            with first class postage fees, thereon fully prepaid, in the United States Mail at San Diego
              on this date following ordinary business practices.

12

13  [ ]    (BY CERTIFIED MAIL) I placed [ ] the original [ ] a true copy thereof enclosed in a sealed
              envelope(s) addressed as stated on the attached mailing list and placing such envelope(s),
              certified mail, return receipt requested postage thereon fully prepaid, in the United States

14            Mail at San Diego on this date following ordinary business practices.

15  [ ]    (BY FACSIMILE TRANSMISSION) I transmitted a true copy thereof via facsimile on all
              interested parties to the action for immediate delivery to SEE ATTACHED SERVICE LIST.

16

17  [ X ]  (PERSONAL SERVICE) Personally served/Delivered to the addressed stated on the
              attached mailing list via DLS Attorney Service.

18          I declare under penalty of perjury under the laws of California that the foregoing is true and
   correct.

19

20  Dated:  August 12, 2011                    *Veronica C.*

21                                             Veronica Collins

22

23

24

25

26

27

28

1                                    SERVICE LIST

2    Pamela J. Scholefield
     Scholefield, P.C.
3    501 West Broadway, #1770
     San Diego, CA 92101
4    Tel: 619.544.0086
     Fax: 619.544.0045
5    pam@construction-laws.com
     Attorney for Plaintiff Aztec Doberman Pinscher Club of San Diego
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28