| | |
|---|---|
| 1 | Donald E. McInnis (SBN 59720) |
| 2 | Ben-Thomas Hamilton (SBN 222601)<br>HAMILTON & McINNIS, L.L.P. |
| 3 | 3110 Camino del Rio South, Suite 314<br>San Diego, California 92108 |
| 4 | Telephone: (619) 299-4877 |
|   | Facsimile: (619) 299-4787 |

Attorneys for JAMES A. FRY an individual d/b/a FOX NETWORK SYSTEMS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FRY d/b/a FOX NETWORK SYSTEMS, | Case No. 11-CV-1329 BTM (POR) |
| Plaintiff, | **JAMES A. FRY D/B/A FOX NETWORK SYSTEMS ANSWER TO AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO'S COUNTERCLAIM FOR DECLARATORY JUDGMENT; INJUNCTIVE RELIEF; AND DAMAGES** |
| v. | |
| AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO, | |
| Defendant. | |
| AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO | |
| Counter-Claimant | |
| v. | |
| JAMES A. FRY an individual and d/b/a DOBERMANRESQ.COM; and DOBERMANRESQ INC., a California corporation, | |
| Counter-Defendants. | **Judge: Hon. Barry Ted Moskowitz** |

///

///

///

**COMES NOW** Counter-Defendant, JAMES A FRY D/B/A FOX NETWORK SYSTEMS (hereinafter "COUNTER-DEFENDANT") hereby answers the Counterclaim of Counter-claimant AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO (hereinafter "COUNTER-CLAIMANT") as follows:

## ANSWER

### I.

Answering Paragraphs 33, 34, 35 and 36, these paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### II.

Answering Paragraph 37, COUNTER-DEFENDANT is without information sufficient to form a belief as to the truth or falsity of the allegations of this paragraph and, therefore, deny generally and specifically the allegations of this paragraph and every part thereof.

### III.

Answering Paragraph 38, COUNTER-DEFENDANT admits there was a trial held in the Superior Court of California, County of San Diego. However, CROSS-DEFENDANT denies each and every other allegation contained in this paragraph in their entirety, and in each and every part thereof.

### IV.

Answering Paragraph 39, COUNTER-DEFENDANT admits to the information contained in this paragraph.

### V.

Answering Paragraph 40, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### VI.

Answering Paragraph 41, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

///

///

## VII.

Answering Paragraph 42, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

## VIII.

Answering Paragraph 43, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

## IX.

Answering Paragraph 44, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

## X.

Answering Paragraph 45, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

## XI.

Answering Paragraph 46, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

## XII.

Answering Paragraph 47, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

## XIII.

Answering Paragraph 48, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

## XIV.

Answering Paragraph 49, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XV.

Answering Paragraph 50, COUNTER-DEFENDANT admits the substance of this paragraph.

### XVI.

Answering Paragraph 51, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XVII.

Answering Paragraph 52, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XVIII.

Answering Paragraph 53, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XIX.

Answering Paragraph 54, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XX.

Answering Paragraph 55, this paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXI.

Answering Paragraph 56, this paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXII.

Answering Paragraph 57, this paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

///
///

### XXIII.

Answering Paragraph 58, these paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXIV.

Answering Paragraph 59, this paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXV.

Answering Paragraph 60, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXVI.

Answering Paragraph 61, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XXVII.

Answering Paragraph 62, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXVIII.

Answering Paragraph 63, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXIX.

Answering Paragraph 64, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

///

### XXX.

Answering Paragraph 65, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXXI.

Answering Paragraph 66, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XXXII.

Answering Paragraph 67, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXXIII.

Answering Paragraph 68, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXXIV.

Answering Paragraph 69, COUNTER-DEFENDANT admits the allegations that the Digital Millennium Copyright Act was used to force COUNTER-CLAIMANT to remove logos from its websites which COUNTER-DEFENDANT believes are wrongfully being used. However, COUNTER-DEFENDANT denies each and every other allegation contained in this paragraph.

### XXXV.

Answering Paragraph 70, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XXXVI.

Answering Paragraph 71, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

///

///

### XXXVII.

Answering Paragraph 72, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XXXVIII.

Answering Paragraph 73, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XXXIX.

Answering Paragraph 74, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XL.

Answering Paragraph 75, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XLI.

Answering Paragraph 76, COUNTER-DEFENDANT lack sufficient information to either admit or deny the allegations in this Paragraph, and therefore, denies each and every allegation therein.

### XLII.

Answering Paragraph 77, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XLIII.

Answering Paragraph 78, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

///

///

///

### XLIV.

Answering Paragraph 79, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XLV.

Answering Paragraph 80, COUNTER-DEFENDANT denies the allegations of this paragraph in their entirety, and in each and every part thereof.

### XLVI.

Answering Paragraph 81, this paragraph call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### XLVII.

Answering Paragraph 82, these paragraphs call for legal conclusions which require no answer and to the extent an answer is required, COUNTER-DEFENDANT denies generally and specifically each and every allegation contained therein.

### AFFIRMATIVE DEFENSES TO EACH AND EVERY CLAIM IN THE COUNTER-COMPLAINT

### I.

The Complaint fails to state sufficient facts to constitute a cause of action upon which relief can be granted.

### II.

The Counter Claim fails to set forth a case or controversy as required by Federal law.

### III.

COUNTER-CLAIMANT lacks standing to assert the claims herein as required by Federal law.

///
///
///
///

### IV.

COUNTER-CLAIMANT fails to allege with specificity any acts or omissions by COUNTER-DEFENDANT which proximately caused or which would cause damages, if any, to COUNTER-CLAIMANT and injuries and damages, if any, allegedly sustained by COUNTER-DEFENDANT are speculative, indefinite and uncertain.

### V.

COUNTER-DEFENDANT is informed and believes and thereon alleges that COUNTER-CLAIMANT has acted in bad faith, that COUNTER-CLAIMANT has no rights to the material which is the subject of this litigation; COUNTER-CLAIMANT'S sole purpose in seeking these materials and in bringing this action was not to remedy harm done or threatened to itself or to others similarly situated.

### VI.

COUNTER-DEFENDANT is informed and believes and thereon alleges that COUNTER-CLAIMANT is not a proper party-in-interest.

### VII.

COUNTER-CLAIMANT'S action, if any, were based on their exercise of a constitutionally protected right. As a result, COUNTER-CLAIMANT is not entitled to the relief requested in the Counter-Complaint.

### VIII.

COUNTER-CLAIMANT'S conduct bars them from any recovery herein by virtue of the equitable doctrine of estoppel.

### IX.

COUNTER-CLAIMANT'S conduct bars them from any recovery herein by virtue of the equitable doctrine of waiver.

### X.

Any prospective recovery herein is barred by the equitable doctrine of laches.

### XI.

Any prospective recovery herein is barred by the equitable doctrine of "unclean hands."

///

### XII.

This action is time-barred by virtue of the applicable statute of limitations, including, but not limited to, the provisions of the California Code of Civil Procedure.

### XIII.

COUNTER-CLAIMANT has failed to mitigate its damages, if any, thus barring any recovery herein.

### XIV.

COUNTER-CLAIMANT by its actions and omissions has, expressly or implicitly approved, ratified and/or consented to the alleged acts and omissions of COUNTER-DEFENDANT and thus is not entitled to any relief from COUNTER-DEFENDANT.

### XV.

COUNTER-DEFENDANT'S actions were privileged and/or as of right and, thus, COUNTER-CLAIMANT is barred from asserting its claims against COUNTER-DEFENDANT.

### XVI.

COUNTER-CLAIMANT by its actions and omissions has, expressly or implicitly, approved, ratified and/or consented to the alleged acts and omissions of COUNTER-DEFENDANT, and thus, is not entitled to any relief from COUNTER-DEFENDANT.

### XVII.

COUNTER-CLAIMANT'S injury, damage or loss, if any, was directly and proximately caused or contributed by COUNTER-CLAIMANT'S intentional and/or negligent actions. COUNTER-CLAIMANT'S claims should be barred or diminished by the proportion that its own conduct proximately caused injury, damage or loss, if any.

### XVIII.

The damages suffered by COUNTER-CLAIMANT, if any, was caused in part or in whole by COUNTER-CLAIMANT and unknown parties, and therefore, COUNTER-DEFENDANT'S liability, if any, should be apportioned based on liability, if any, of COUNTER-CLAIMANT and unknown parties.

///

### XIX.

The Complaint, and each cause of action therein, is uncertain.

### XX.

COUNTER-DEFENDANT'S alleged use of COUNTER-CLAIMANT'S materials is not in violation of Federal Copyright Law due to COUNTER-CLAIMANT not having any valid copyright claim and that COUNTER-DEFENDANT is the rightful owner of the images.

### XXI.

COUNTER-CLAIMANT'S copyright claim is not proper as the copyright action is based on images of which COUNTER-DEFENDANT is the rightful owner of.

### XXII.

COUNTER-CLAIMANT'S copyright claim is not proper as the images upon which their copyright claim is based on lack originality pursuant to 17 U.S.C.A section 102.

### XXIII.

COUNTER-CLAIMANT'S copyright claim is barred by the Fair Use Doctrine pursuant to 17 U.S.C.A. section 107.

### XXIV.

COUNTER-CLAIMANT'S copyright claim is not proper as the images their copyright claim is based on are not copryrightable images.

### XXV.

COUNTER-CLAIMANT'S copyright claim is not proper as COUNTER-CLAIMANT abandoned and waived their copyright.

### XXVI.

COUNTER-CLAIMANT'S copyright claim is not proper as COUNTER-DEFENDANT had no notice of COUNTER-CLAIMANT'S copyright under 17 U.S.C.A. section 401.

### XXVII.

COUNTER-CLAIMANT'S copyright claim is not proper as COUNTER-CLAIMANT and COUNTER-DEFENDANT made use of a common source.

///

## XXVIII.

COUNTER-CLAIMANT copyright claim is barred by the Independent Creation Doctrine.

## XIX.

COUNTER-DEFENDANT alleges that it presently has insufficient knowledge or belief as to whether it may have additional affirmative defenses available. COUNTER-DEFENDANT reserves the right to assert any additional defenses in the event that discovery indicates that it would be appropriate.

**WHEREFORE,** COUNTER-DEFENDANT prays as follows:

1. That the action be dismissed with prejudice;
2. That COUNTER-CLAIMANT take nothing by its actions;
3. That COUNTER-DEFENDANT recover its costs of suit incurred herein, including attorneys' fees; and
4. For such other and further relief as the Court deems just and proper.

HAMILTON & McINNIS, L.L.P.
/s/ Patrick J. Kane

Dated: October 17, 2011       By: _____
Patrick J. Kane, Attorneys for Plaintiff, and Counter-Defendant JAMES A. FRY, an individual, d/b/a FOX NETWORK SYSTEMS, DOBERMANRESQ.COM and DOBERMANRESQ, INC.

K:\CLIENTS\Fry\Pleadings\answer.wpd