UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRY,<br><br>                            Plaintiff,<br><br>         v.<br><br>AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO,<br><br>                            Defendant. | Civil No.   11-cv-1329-BTM (DHB)<br><br>**ORDER GRANTING JOINT EX PARTE MOTION TO RESET EXPERT AND DISCOVERY DATES**<br><br>**[ECF No. 31]** |

     On June 25, 2012, the parties filed a Joint Ex Parte Motion to Reset Expert and Discovery Dates. (ECF No. 31.) Good cause appearing, IT IS HEREBY ORDERED:

    1.    The parties' request to reset certain discovery dates and the non-dispositive motion filing cut-off is **GRANTED**. Accordingly, the Court orders the following dates:

          a.    Each expert witness designated by a party shall prepare a written report to be provided to all other parties no later than **August 27, 2012**.

          b.    Any supplemental reports are due on or before **September 10, 2012**.

          c.    All discovery must be completed by all parties on or before **October 5, 2012**.

          d.    The deadline by which all dispositive motions, including those addressing *Daubert* issues, must be filed remains as **September 13, 2012**.

          e.    All motions other than motions to amend or join parties, motions in limine, or dispositive motions, shall be filed on or before **October 19, 2012**.

   f. The parties are to consult the February 7, 2012 Scheduling Order Regulating Discovery and Other Pretrial Proceedings (ECF No. 21) for further details and requirements for each of the above identified events.

   g. The Court confirms all other pretrial dates set forth in the Court's February 7, 2012 order, including the December 18, 2012 Pretrial Conference set before the Honorable Barry T. Moskowitz, and related pretrial dates.

2. Any further requests to extend deadlines shall only be granted upon a showing of extreme good cause.

**IT IS SO ORDERED.**

DATED: June 26, 2012

_____
DAVID H. BARTICK
United States Magistrate Judge