Pamela J. Scholefield (SBN 196368)
SCHOLEFIELD, P.C.
501 West Broadway, #1770
San Diego, CA 92101
Telephone: (619) 544-0086
Fax: (619) 544-0045
pam@construction-laws.com

Attorney for Defendant and Counterclaimant:
Aztec Doberman Pinscher Club of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FRY DBA FOX NETWORK SYSTEMS;<br><br>Plaintiff<br>v.<br>AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO<br>Defendant<br><br>AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO,<br>Counterclaimant<br>v.<br>JAMES A. FRY DBA FOX NETWORK SYSTEMS;<br>Counter-Defendant | CASE NO:  11-CV-1329 BTM DHB<br><br>**JOINT MOTION TO RESET DISCOVERY CUT-OFF, MOTION FILING CUT-OFF AND PRETRIAL CONFERENCE DATES**<br><br>**Judge: Hon. Barry Ted Moskowitz**<br>**Magistrate Judge: Hon. David H. Bartick** |

The parties request that this Court reset the Discovery cut-off, motion filing cut-off and Pretrial Conference Dates. The parties believe that good cause exists for this request because:

1. The ruling on Plaintiff's motion to file a First Amended Complaint is pending and the results would necessarily affect the nature and scope of Plaintiff's case, which would affect required discovery and the fling of motions;

2. After conducting two partial-day depositions of Plaintiff, Counsel has met and conferred and agree that further deposition testimony is warranted. However, in order to accommodate Plaintiff's medical treatments, such further deposition cannot be immediately scheduled.

3. After the completion of the deposition of Plaintiff, Counsel believes that there may be the need for further witness testimony or discovery.

Therefore, the parties hereby move that the Court reset the dates relating to discovery, motion filing and Pretrial Conference dates as follows:

    a. All discovery must be completed by all parties on or before **December 12, 2012**.

    b. All motions, other than motions to amend or join parties or motions in limine, shall be **FILED** on or before **January 25, 2013**.

    c. In a bench trial, counsel shall serve on each other and file with the Clerk of the Court their Memoranda of Contentions of Fact and Law in compliance with Local Rule 16.1(f)(2), (3) and on or before **March 11, 2013**.

    d. All parties or their counsel shall also fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **March 11, 2013**.

    e. The parties shall meet and confer on the preparation of the Pretrial Order and take the action required by Local Rule 16.1(f)(4), on or before **March 18, 2013**.

    f. The final Pretrial Order, including objections any party has to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures, shall be prepared, served and lodged with the Clerk of the Court on or before **April 1, 2013**.

    g. The Pretrial conference shall be held on **April 9, 2013** at **4:00 p.m.**

PATRICK KANE  
Counsel for James A. Fry, and DobermanResQ, Inc.

PAMELA J. SCHOLEFIELD  
Counsel for Aztec Doberman Pinscher Club of San Diego