# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FRY DBA FOX NETWORK SYSTEMS;<br><br>                        Plaintiff<br>v.<br>AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO<br>                        Defendant | CASE NO:  11-CV-1329 BTM DHB<br><br>**ORDER ON JOINT MOTION TO STAY ACTION AND VACATE PRETRIAL CONFERENCE DATES DUE TO REACHING SETTLEMENT** |
| AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO,<br><br>                        Counterclaimant<br>v.<br>JAMES A. FRY DBA FOX NETWORK SYSTEMS;<br>                        Counter-Defendant | **Judge:**<br>**Hon. Barry Ted Moskowitz**<br><br>**Magistrate Judge:**<br>**Hon. David H. Bartick** |

On June 12 and 19, 2013, the parties attended a Settlement Conference with the Hon. David H. Bartick, during which the parties reached a settlement of this Action. The parties are to work together to formalize the written settlement agreement. Upon execution of the written settlement agreement, the parties are to file a Joint Motion for Dismissal no later than 7/18/2013. If a Joint Motion for Dismissal and Proposed Order for Dismissal are not submitted by 7/18/2013, then the parties must appear on

July 19, 2013, at 9:30 a.m., for a telephonic Settlement Disposition Conference with the Hon. David H. Bartick.

On June 21, 2013, the parties filed a *Joint Motion to Stay Action and Vacate Pretrial Conference Dates Due to Reaching Settlement*.

Good cause appearing, IT IS HEREBY ORDERED:

That this Action is stayed and the pretrial conference dates are vacated until such time as:

1. The parties file a Joint Motion for Dismissal and Proposed Order for Dismissal; or
2. The parties appear at the Settlement Disposition Conference on July 19, 2013, at 9:30 a.m.

IT IS SO ORDERED:

DATED: July 1, 2013

Hon. Barry Ted Moskowitz
United States District Judge