# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FRY,<br><br>                    Plaintiff,<br>   v.<br><br>AZTEC DOBERMAN PINSCHER CLUB OF SAN DIEGO,<br><br>                    Defendant.<br><br>AND RELATED CROSS ACTION | Case No. 11cv1329 BTM (DHB)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR SUMMARY JUDGMENT** |

The parties have reached a settlement of this action and are working to finalize the settlement (Doc. No. 81). In light of the pending settlement, the Court **DENIES WITHOUT PREJUDICE** Defendant's motion for summary judgment (Doc. No. 56). Defendant is free to reinstate the motion if the parties are unable to settle.

**IT IS SO ORDERED.**

DATED: August 2, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court